Decided May 21, 2008

## JAMES WASNIEWSKI *v.* QUICK AND REILLY, INC.

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 379 (AC 28063), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that valid delivery of an inter vivos gift was effected by the plaintiff's father to the plaintiff?

"2. Did the Appellate Court properly determine that the plaintiff was the intended third party beneficiary of any alleged contract entered into between the plaintiff's father and the defendant?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18160.

*Thomas J. Sansone*, in support of the petition.

Decided May 28, 2008